# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE BEALER, | Case No.: 1:18-cv-01170-SAB (PC) |
| Plaintiff, | |
| v. | ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION |
| KERN VALLEY STATE PRISON, | [ECF No. 4] |
| Defendant. | |

Plaintiff Antwoine Bealer is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 27, 2018, Plaintiff filed a motion for clarification indicating that he presently has two other cases open regarding the same issue, i.e. 1:18-cv-01193-LJO-SKO, Antwoine Bealer v. Kern Valley State Prison Classification Committee and 2:18-cv-02390-EFB PC, Antwoine Bealer v. Kern Valley State Prison Classification Committee.

Plaintiff is advised that case number 2:18-cv-02390-EFB PC, Antwoine Bealer v. Kern Valley State Prison Classification Committee, was closed on September 5, 2018, as it was transferred to this Court and opened in 1:18-cv-01193-LJO-SKO, Antwoine Bealer v. Kern Valley State Prison Classification Committee.

To the extent Plaintiff wishes to close case number 1:18-cv-01193-LJO-SKO, Antwoine Bealer v. Kern Valley State Prison Classification Committee, he must file such request in that action.

IT IS SO ORDERED.

Dated:     **October 2, 2018**

_____
UNITED STATES MAGISTRATE JUDGE