# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE BEALER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON,<br><br>　　　　Defendant. | Case No.: 1:18-cv-01170-DAD-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON NOVEMBER 13, 2018<br><br>(ECF No. 8)<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO SUBMIT MOTION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Antwoine Bealer is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated the instant action on May 14, 2018, and the complaint was entered on August 29, 2018. (ECF No. 1.) On November 13, 2018, the Court issued findings and recommendations to dismiss for Plaintiff's failure to submit an application to proceed *in forma pauperis* or pay the $400.00 filing fee in this action. (ECF No. 8.)

Currently before the Court is Plaintiff's notice regarding *in forma pauperis* application, filed on November 26, 2018. (ECF No. 9.) Plaintiff explains that he submitted his application to the Trust Office for certification and thought that it had been sent to the Court after processing, but is now informed by the Court's findings and recommendations that there was an issue. Plaintiff asserts that he is looking into re-submitting his documentation, and submits a CDCR Form 22 in support.

Plaintiff having shown good cause, the Court will vacate its findings and recommendations. Plaintiff is further reminded that, pursuant to the *in forma pauperis* application form instructions provided to him, (ECF No. 7-1), he is not required obtain a certified copy of his trust account statement himself, as long as he is housed at a CDCR facility. Plaintiff need only complete and sign the form, and

1

provide his inmate number, and the Court will work on obtaining a certified trust account statement necessary to process his application. As a result, Plaintiff will be provided an additional form and an extension of time to comply with the Court's order to submit the completed application or pay the filing fee.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on November 13, 2018 (ECF No. 8), are vacated;

2. The Clerk of Court shall send Plaintiff an application to proceed *in forma pauperis*;

3. Within thirty (30) days of the date of service of this order, Plaintiff shall re-submit the enclosed application to proceed *in forma pauperis*, with Plaintiff's original signature, or in the alternative, pay the $400.00 filing fee for this action; and

4. Failure to comply with this order will result in a recommendation that the action be dismissed for failure to comply with a court order, failure to prosecute, and failure to pay the filing fee.

IT IS SO ORDERED.

Dated: **November 27, 2018**

UNITED STATES MAGISTRATE JUDGE